DANIEL G. BODGEN
United States Attorney

ERIC JOHNSON
Assistant United States Attorney
333 Las Vegas Boulevard, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:05-cr-00324-MMD-PAL |
| Plaintiff, | UNITED STATES' MOTION TO DISMISS THE INDICTMENT AND QUASH ARREST WARRANT AS TO KATHERINE HIERA |
| v. | |
| KATHERINE HIERA, | |
| Defendant. | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States, by and through Daniel G. Bogden, United States Attorney, and Eric Johnson, Assistant United States Attorney, hereby moves for leave to dismiss this case against KATHERINE HIERA. This case was filed on August 17, 2005 and an Arrest Warrant issued on the same day. The subject has not been located since the Indictment was filed in 2005 and the subject's family believes she is deceased.

/ / /

/ / /

/ / /

/ / /

/ / /

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

WHEREFORE, the government hereby moves for leave to dismiss the Indictment in this matter against defendant KATHERINE HIERA with prejudice, and further requests that the Arrest Warrant for defendant KATHERINE HIERA be quashed.

Dated this 3rd day of December, 2013.

        DANIEL G. BOGDEN
        United States Attorney

        /s/Eric Johnson

        ERIC JOHNSON
        Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:05-cr-00324-MMD-PAL |
| Plaintiff, | ORDER |
| v. | |
| KATHERINE HIERA, | |
| Defendant. | |

### **ORDER**

Based on the foregoing motion of the government, leave is hereby granted and this matter is dismissed with prejudice as to defendant KATHERINE HIERA. It is further ordered that the Arrest Warrant for defendant KATHERINE HIERA be quashed.

Dated: December 27, 2013

_____
United States District Judge